**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Michigan

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | The Global Tee Company, L.L.C. |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Fitness Tee Company, L.L.C. <br> The Fitness Tee Company, L.L.C. <br> Fizque Apparel <br> Fizque <br> Global Tee Company, L.L.C. |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 47-1235602 |

4. **Debtor's address**

| Principal place of business | | | Mailing address, if different from principal place of business | | |
|---|---|---|---|---|---|
| 4850 Kendrick St. SE | | | | | |
| Number | Street | | Number | Street | |
| | | | | | |
| | | | P.O. Box | | |
| Grand Rapids | MI | 49512 | | | |
| City | State | ZIP Code | City | State | ZIP Code |
| | | | | | |
| Kent County | | | **Location of principal assets, if different from principal place of business** | | |
| County | | | | | |
| | | | Number | Street | |
| | | | | | |
| | | | City | State | ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor    The Global Tee Company, L.L.C.                                    Case number (if known)
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

45481

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

         District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                 MM  /  DD  / YYYY

         Case number, if known _____

Debtor  The Global Tee Company, L.L.C. _____  Case number (if known)_____
                  Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                              Number        Street

_____

_____
City                                    State        ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 3

| Debtor | The Global Tee Company, L.L.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/25/2023
        MM   / DD / YYYY

✗ /s/ Scott Sandberg                          Scott Sandberg
Signature of authorized representative of debtor     Printed name

Title  Member

**18. Signature of attorney**

✗ /s/ Perry Pastula                     Date   05/25/2023
Signature of attorney for debtor               MM   / DD / YYYY

Perry Pastula
Printed name
Dunn, Schouten & Snoap, P.C.
Firm name
2745 DEHOOP AVE SW
Number        Street
WYOMING                          MI        49509
City                             State     ZIP Code

616-538-6380                     ppastula@dunnsslaw.com
Contact phone                    Email address

P35588                           MI
Bar number                       State

The Global Tee Company, L.L.C.

Debtor _____    Case number (if known)_____
First Name        Middle Name        Last Name

## Continuation Sheet for Official Form 201

**2) All other names used in the last 8 years**

The Novelty Tee Company, L.L.C.

Novelty Tee Company, L.L.C.

Marketplace Independent Business Group

## RESOLUTION OF SOLE MEMBER OF THE GLOBAL TEE COMPANY LLC

WHEREAS, it is in the best interest of Global Tee Company LLC, a Michigan Limited Liability Company to file a voluntary petition for relief in the United States Bankruptcy Court pursuant to Sub Chapter V of Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED that Scott Sandberg, sole member of the company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a bankruptcy case for the company under Sub Chapter V of Chapter 11 of the Bankruptcy Code; and

BE IT FURTHER RESOLVED that Scott Sandberg is authorized and directed to appear in all bankruptcy proceedings on behalf of the company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that Scott Sandberg is authorized and directed to employ Perry G. Pastula, attorney, and the law firm of Dunn, Schouten & Snoap P.C., to represent the company in such bankruptcy case.

Date: May 19, 2023                                   /s/ Scott Sandberg
                                                     Scott Sandberg, Sole Member

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

In re                                                                                Chapter 11
THE GLOBAL TEE COMPANY, LLC                                  Case No.
d/b/a FITNESS TEE COMPANY, LLC
d/b/a THE FITNESS TEE COMPANY, LLC
d/b/a  FIZQUE APPAREL
d/b/a FIZQUE
d/b/a GLOBAL TEE COMPANY, LLC
d/b/a THE NOVELTY TEE COMPANY, LLC
d/b/a NOVELTY TEE COMPANY, LLC
d/b/a MARKETPLACE INDEPENDENT BUSINESS GROUP


        Debtor.
_____/


**DEBTOR'S NOTICE OF FILING APPENDIX TO VOLUNTARY PETITION
REGARDING FINANCIAL INFORMATION AS REQUIRED BY 11 U.S.C. § 1116 (1)
AND 1187 (a)**


        Now Comes the Debtor, by and through his attorneys, Dunn, Schouten & Snoap, and files

this Appendix to the Voluntary Petition regarding the financial information required by 11

U.S.C. § 1116 (1) and 11 U.S.C.  §  1187 (a) and states as follows:

1.      Balance Sheet. This is not currently available. Debtor's accounting records will be
        update and balance sheet will be provided.
2.      Statement of Operations. This is not currently available Debtor's accounting
        records will be update and statement will be provided.
3.      Cash Flow Statement. See attached for next 6 weeks.
4.      Federal Income Tax Return. Debtor is sole member LLC. It does not file Federal
        Income Tax Returns.


                                                          Respectfully Submitted,


Dated:   May 25, 2023                              /s/ Scott Sandberg
                                                          The Global Tee Company, LLC
                                                          By: Scott Sandberg, Sole Member
                                                          and Chief Executive Officer

| Six Week Budget | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Total | Type of Expense |
|---|---|---|---|---|---|---|---|---|
| Sales | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $600,000.00 | |
| Building Lease | $9,015.00 | $9,000.00 | | | $9,015.00 | $9,000.00 | $36,030.00 | Fixed |
| Consumer Energy | $1,680.00 | | | | $1,500.00 | | $3,180.00 | Fixed |
| DTE Energy | $800.00 | $800.00 | | | | $400.00 | $2,000.00 | Fixed |
| Payroll | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $78,000.00 | Fixed |
| Blank Textile Goods / T-shirts | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $132,000.00 | Variable to Sales |
| Textile Decoration Supplies Ink/Transfer/Film | $3,500.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $14,750.00 | Variable to Sales |
| Shipping | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $52,500.00 | Variable to Sales |
| Shipping Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $1,050.00 | Variable to Sales |
| Internet Services / Phone Services | | $300.00 | | | $300.00 | | $600.00 | Fixed |
| Contract Video Editing and Content Creation | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $2,250.00 | Variable to Sales |
| Facebook Advertising | $23,500.00 | $23,500.00 | $23,500.00 | $23,500.00 | $23,500.00 | $23,500.00 | $141,000.00 | Variable to Sales |
| Google Ads | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $13,500.00 | Variable to Sales |
| TikTok Ads | | | $7,000.00 | | | $5,000.00 | $12,000.00 | Variable to Sales |
| Klayvio Email Marketing | | | | $3,750.00 | | | $3,750.00 | Variable to Sales |
| Postscripts Text Marketing | | | | $4,000.00 | | | $4,000.00 | Variable to Sales |
| Shopify Plus Subscription | $2,600.00 | | | | $2,600.00 | | $5,200.00 | Fixed |
| Triple Whale Software | $600.00 | | | | $600.00 | | $1,200.00 | Fixed |
| BookKeeping - (Annual) | | $3,500.00 | | $2,500.00 | | | $6,000.00 | Fixed |
| Accountant Tax Filing (Annual) | | | $2,500.00 | $2,500.00 | | | $5,000.00 | Fixed |
| Works Comp | | | $1,000.00 | | | | $1,000.00 | Fixed |
| Liability Insurance | | $1,500.00 | | | | $1,000.00 | $2,500.00 | Fixed |
| Sales Tax Escrow | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $13,200.00 | Variable to Sales |
| Health Insurance | | $1,050.00 | | | | $1,050.00 | $2,100.00 | Fixed |
| Equipment (Heat Press) | TBD | | | | | | | |
| Heat Press Tables | TBD | | | | | | | |
| | $90,445.00 | $90,650.00 | $85,000.00 | $87,250.00 | $88,515.00 | $90,950.00 | $532,810.00 | |

United States Bankruptcy Court
Western District of Michigan

In re: The Global Tee Company, L.L.C.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/26/2023

/s/ Scott Sandberg
_____
Signature of Individual signing on behalf of debtor

Member
_____
Position or relationship to debtor

123.net
24700 Northwestern Hwy.
Southfield, MI 48075

American Express
c/o Weber & Olscese
Birmingham, MI 48012

American Express
PO Box 408
Ramsey, NJ 07446

American Express
c/o Weber & Olscese
PO Box 1330
Birmingham, MI 48012

Applied Innovation
5555 Glenwood Hills Pkwy
Grand Rapids, MI 49512

Atradius Collections
3500 Lacey Road
Suite 220
Downers Grove, IL 60515

Blake P Kelly
7858 Kodiak Ct. SE
Caledonia, MI 49316

Chase Bank
6335 28th St. SE
Grand Rapids, MI 49546

CIT Bank
155 Portsmouth Way
Portsmouth, NH 03801

City of Kentwood
PO Box 8848
Grand Rapids, MI 49508

Crown Lift c/o Sheba Shillito & Dyer
40 N. Main St.
1900 Stratacache Tower
Dayton, OH 45423

Donald K. Sandberg
7685 Aspenwood Dr. SE
Ada, MI 49301

Geneva Capital
155 Portsmouth Way
Portsmouth, NH 03801

Geneva Capital LLC
1311 Broadway Street
Alexandria, MN 56308

GFL Environmental
5826 Alden Nash Dr.
Lowell, MI 49331

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Indiana Dept. of Rev.
Bankruptcy Section
100 North Senate Ave., MS 108
Indianapolis, IN 46204

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

McShane & Bowie
99 Monroe Ave. NW
Suite 1100
Grand Rapids, MI 49503

Miller Johnson
45 Ottawa Ave. NW
Suite 1100
Grand Rapids, MI 49503

ODK Capital, LLC d/b/a On Deck
155 Portsmouth Way
4700 W. Daybreak Parkway, Suite 200
Portsmouth, NH 03801

PayPal Working Capital
P.O. Box 45950
Omaha, NE 68145-0950

PayPal Working Capital
Attn: Litigation Dept.
2211 North First Street
San Jose, CA 95131

Scott Sandberg
6755 Alto Farm LN

State of Florida
Florida Dept. of Rev. Taxpayer Svcs.
Mail Stop 3-2000
Tallahassee, FL 32399

State of Illinois
Illinois Dept. of Rev.
PO Box 19035
Springfield, IL 62794

State of Indiana
Indiana Dept. of Rev.
PO Box 6479
Indianapolis, IN 46206

State of Michigan
Michigan Dept. of Treasury
PO Box 30774
Lansing, MI 48929

State of Ohio
Ohio Dept. of Taxation-Business Tax Div.
PO Box 2678
Columbus, OH 43216

State of Texas
Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714

UPS
c/o Biehl &  Biehl
PO Box 87410
Carol Stream, IL 60188

Viastore Systems Inc.
4890 Kendrick Street SE
Grand Rapids, MI 49512

WebBank/Shopify
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219