**Fill in this information to identify the case and this filing:**

Debtor Name _The Global Tee Company, L.L.C._

United States Bankruptcy Court for the: _Western District of Michigan_

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/25/2023_         ✖ /s/ Scott Sandberg
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 Scott Sandberg
                                 Printed name

                                 Member
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    The Global Tee Company, L.L.C.

United States Bankruptcy Court for the:    Western District of Michigan

                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ............................................................    $ _____0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .........................................................    $ \_\_189,932.96

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..........................................................    $ \_\_189,932.96

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............    $ \_\_463,026.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............    $ \_\_\_73,800.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............    +$ \_\_583,985.00

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                     $ 1,120,811.00

**Fill in this information to identify the case:**

Debtor name __The Global Tee Company, L.L.C.__

United States Bankruptcy Court for the: __Western District of Michigan__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**  $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | Checking | ___ ___ ___ ___ | $ 0.00 |
| 3.2. | See continuation sheet | | ___ ___ ___ ___ | $ 6,682.96 |

**4. Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 6,682.96

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor    The Global Tee Company, L.L.C.
          Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                 $_____

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                     **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........→    $_____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........→    $_____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

---

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                          $_____

---

| Debtor | The Global Tee Company, L.L.C. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Blank clothing | MM / DD / YYYY | $ 44,750.00 | Cost | $ 44,750.00 |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** <br> Finished Clothing | MM / DD / YYYY | $ 25,000.00 | Cost | $ 25,000.00 |
| **22. Other inventory or supplies** <br> Obsolete Inventory | MM / DD / YYYY | $ 5,000.00 | Market Value | $ 0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 69,750.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    The Global Tee Company, L.L.C.
          _____          Case number (if known) _____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|-------------------------------------|------------------------------------|
| 39. **Office furniture**<br>Office Furniture | $ _____ | Market | $ 4,000.00 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $ _____ | Market | $ 4,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 8,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   The Global Tee Company, L.L.C.
         _____     Case number (*if known*)_____
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | _____ | $ 105,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 105,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  The Global Tee Company, L.L.C.
_____    Case number (if known)_____
        Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leased Building at 4850 Kendrick St. SE, Grand Rapids, MI 49512 | Lease | $_____ | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** Website and domain names | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Customer List | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property** Personally identifiable information of customers: names, addresses, | $_____ | _____ | $ Unknown |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00

Debtor    The Global Tee Company, L.L.C.                                              Case number *(if known)*_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                                      Current value of
                                                                                      debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____   _____ — _____ = ➔   $ _____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____    Tax year _____   $ _____
_____    Tax year _____   $ _____
_____    Tax year _____   $ _____

73. **Interests in insurance policies or annuities**
_____                         $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____                         $ _____
Nature of claim      _____
Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                         $ _____
Nature of claim      _____
Amount requested     $ _____

76. **Trusts, equitable or future interests in property**
_____                         $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
PayPal account      _____    $ Unknown
Shopify Account     _____    $ Unknown

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    The Global Tee Company, L.L.C.
_____
Name

Case number (if known)_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,682.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 69,750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 105,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 189,932.96 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... 189,932.96 ..........................    $ 189,932.96

Debtor 1   The Global Tee Company, L.L.C.
           _____          Case number (if known)_____
           First Name      Middle Name      Last Name

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

Blue Vine Bank              Checking

Balance: 5,337.69

Novo Bank                  Checking

Balance: 503.12

Grasshopper Bank           Checking

Balance: 0.00

Lilli Bank                 Checking

Balance: 842.15

Mercury-Choice Financiel   Checking

Balance: 0.00


**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Brown Electraprint Automatic Press | Market | 10,500.00 |
| ROQ Evolution Oval Screen Press Machine | Market | 55,000.00 |
| 2021 Rhino Trailer | Market | 4,000.00 |
| Brown Firefly and DTG Printing Machines | Market | 15,000.00 |
| Heat presses and direct film printer | Market | 12,000.00 |
| Scissors Lift | Market | 8,500.00 |

Fill in this information to identify the case:

Debtor name ___The Global Tee Company, L.L.C.___

United States Bankruptcy Court for the: ___Western District of Michigan___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>CIT Bank | Describe debtor's property that is subject to a lien<br>Blank clothing, Finished Clothing, Obsolete Inventory, ROQ Evolution Oval Screen Press Machine, Office Furniture, Office Equipment, Heat presses and direct film printer | $ 79,500.00 | $ 145,250.00 |

**Creditor's mailing address**
155 Portsmouth Way
Portsmouth, NH 03801

**Creditor's email address, if known**
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___8728___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Creditor's name<br>Geneva Capital | Describe debtor's property that is subject to a lien<br>Brown Electraprint  Automatic Press | $ 60,000.00 | $ 10,500.00 |
|---|---|---|---|

**Creditor's mailing address**
155 Portsmouth Way
Portsmouth, NH 03801

**Creditor's email address, if known**
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___2602___

Is anyone else liable on this claim?
☑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 463,026.00

Debtor    The Global Tee Company, L.L.C.
_____
Name

Case number *(if known)* _____

---

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.3 | **Creditor's name** |
|---|---|

Geneva Capital LLC

**Describe debtor's property that is subject to a lien**

Brown Firefly and DTG Printing Machines

$12,500.00          $15,000.00

**Creditor's mailing address**

1311 Broadway Street
Alexandria, MN 56308

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    9106

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Creditor's name** |
|---|---|

HYG Financial Services, Inc.

**Describe debtor's property that is subject to a lien**

Scissors Lift

$2,526.00          $8,500.00

**Creditor's mailing address**

P.O. Box 35701
Billings, MT 59107

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    0335

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | The Global Tee Company, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
ODK Capital, LLC d/b/a On Deck

Creditor's mailing address

155 Portsmouth Way

4700 W. Daybreak Parkway, Suite 200, Por

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blank clothing, Finished Clothing, Obsolete Inventory, Office Furniture, Office Equipment, Heat presses and direct film printer

$221,000.00     $90,250.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.6** Creditor's name
PayPal Working Capital

Creditor's mailing address

P.O. Box 45950

Omaha, NE 68145-0950

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

PayPal Account, general intangibles,

$27,500.00     $ 0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Debtor    The Global Tee Company, L.L.C.
_____    Case number (if known)_____
Name

| Part 1: | Additional Page |
|---|---|

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7  Creditor's name**
WebBank/Shopify

**Describe debtor's property that is subject to a lien**

Shopify Account, general intangibles,

$60,000.00        $0.00

**Creditor's mailing address**

100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.__  Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   The Global Tee Company, L.L.C.
_____
         Name

Case number *(if known)* _____

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Atradius Collections<br>3500 Lacey Road<br>Suite 220<br>Downers Grove, IL, 60515 | Line 2. _4_ | 0335 |
| PayPal Working Capital<br>Attn: Litigation Dept.<br>2211 North First Street<br>San Jose, CA, 95131 | Line 2. _6_ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |
|  | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor _The Global Tee Company, L.L.C._

United States Bankruptcy Court for the: _Western District of Michigan_

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Kentwood
PO Box 8848
Grand Rapids, MI, 49508

As of the petition filing date, the claim is: $ 15,000.00    Priority amount $ 15,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 6,500.00    $ 6,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
State of Florida
Florida Dept. of Rev. Taxpayer Svcs.
Mail Stop 3-2000
Tallahassee, FL, 32399

As of the petition filing date, the claim is: $ 16,900.00    $ 16,900.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    The Global Tee Company, L.L.C.
          Name

Case number (if known) _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim      Priority amount

---

**2.4** Priority creditor's name and mailing address

State of Illinois
Illinois Dept. of Rev.
PO Box 19035
Springfield, IL, 62794

Total claim: $ 2,400.00     Priority amount: $ 2,400.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address
State of Indiana
Indiana Dept. of Rev.
PO Box 6479
Indianapolis, IN, 46206

Total claim: $ 6,400.00     Priority amount: $ 6,400.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address
State of Michigan
Michigan Dept. of Treasury
PO Box 30774
Lansing, MI, 48929

Total claim: $ 6,400.00     Priority amount: $ 6,400.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.7** Priority creditor's name and mailing address
State of Ohio
Ohio Dept. of Taxation-Business Tax Div.
PO Box 2678
Columbus, OH, 43216

Total claim: $ 9,700.00     Priority amount: $ 9,700.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | The Global Tee Company, L.L.C. | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.** 8 **Priority creditor's name and mailing address**

State of Texas
Comptroller of Public Accounts
PO Box 149359
Austin, TX, 78714

$ 10,500.00    $ 10,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** ___ **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor    __The Global Tee Company, L.L.C._____       Case number *(if known)* _____
               Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                             Amount of claim

**3.1**   Nonpriority creditor's name and mailing address
123.net
24700 Northwestern Hwy.
Southfield, MI, 48075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 11,510.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**   Nonpriority creditor's name and mailing address
American Express
c/o Weber & Olscese
Birmingham, MI, 48012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Credit Card Debt

$ 199,739.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**   Nonpriority creditor's name and mailing address
American Express
PO Box 408
Ramsey, NJ, 07446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Credit Card Debt

$ 32,345.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**   Nonpriority creditor's name and mailing address
Applied Innovation
5555 Glenwood Hills Pkwy
Grand Rapids, MI, 49512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 5,000.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**   Nonpriority creditor's name and mailing address
Chase Bank
6335 28th St. SE
Grand Rapids, MI, 49546

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    Overdrawn Bank Account

$ 8,303.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**   Nonpriority creditor's name and mailing address
Crown Lift c/o Sheba Shillito & Dyer
40 N. Main St.
1900 Stratacache Tower
Dayton, OH, 45423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 9,019.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   The Global Tee Company, L.L.C.
            Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Donald K. Sandberg
7685 Aspenwood Dr. SE
Ada, MI, 49301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 260,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** Nonpriority creditor's name and mailing address

GFL Environmental
5826 Alden Nash Dr.
Lowell, MI, 49331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,300.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address

McShane & Bowie
99 Monroe Ave. NW
Suite 1100
Grand Rapids, MI, 49503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address

Miller Johnson
45 Ottawa Ave. NW
Suite 1100
Grand Rapids, MI, 49503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** Nonpriority creditor's name and mailing address

UPS
c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL, 60188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 48,269.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor    The Global Tee Company, L.L.C.
          _____
          Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a. **Total claims from Part 1**      5a.   $ 73,800.00

5b. **Total claims from Part 2**      5b.  **+**  $ 583,985.00

5c. **Total of Parts 1 and 2**        5c.   $ 657,785.00
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    The Global Tee Company, L.L.C.

United States Bankruptcy Court for the:   Western District of Michigan

Case number (if known): _____    Chapter   11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Building lease located at 4850 Kendrick Street SE, Grand Rapids, MI 49512 |
| | | Lease |
| | **State the term remaining** | 10 months |
| | **List the contract number of any government contract** | |

Viastore Systems Inc.
4890 Kendrick Street SE
Grand Rapids, MI, 49512

| | |
|---|---|
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** |
| | **State the term remaining** |
| | **List the contract number of any government contract** |

| | |
|---|---|
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** |
| | **State the term remaining** |
| | **List the contract number of any government contract** |

| | |
|---|---|
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** |
| | **State the term remaining** |
| | **List the contract number of any government contract** |

| | |
|---|---|
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** |
| | **State the term remaining** |
| | **List the contract number of any government contract** |

**Fill in this information to identify the case:**

Debtor name     The Global Tee Company, L.L.C.

United States Bankruptcy Court for the:     Western District of Michigan

Case number (If known):     _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D–G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Scott Sandberg | Scott Sandberg<br>6755 Alto Farm LN | ODK Capital, LLC d/b/a On Deck | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Scott Sandberg | Scott Sandberg<br>6755 Alto Farm LN | Geneva Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Scott Sandberg | Scott Sandberg<br>6755 Alto Farm LN | Geneva Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Blake P Kelly | Blake P Kelly<br>7858 Kodiak Ct. SE\rCaledonia, MI 49316 | Geneva Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Scott Sandberg | Scott Sandberg<br>6755 Alto Farm LN | CIT Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |